IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.P. MORGAN CHASE BANK N.A., *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| JAMES A. D'ANGELO, SR., et al., *Defendants* | : | No. 21-5369 |

## ORDER

AND NOW, on this 18th day of January, 2022, upon consideration of Defendants' Notice of Removal (Doc. No. 1) and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. This case is **REMANDED** to the Court of Common Pleas of Bucks County for all further proceedings; and

2. The Motion to Remand to State Court (Doc. No. 3) is **DEEMED MOOT**;

3. The Motion to Withdraw the Motion to Remand to State Court (Doc. No. 4) is **DEEMED MOOT**;

4. The Motion to Dismiss for Failure to State a Claim (Doc. No. 8) is **DEEMED MOOT**; and

5. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1